UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

C.D. BARNES ASSOCIATES, INC., a Michigan corporation,

    Plaintiff/Counter-Defendant,

vs.

GRAND HAVEN HIDEAWAY LIMITED PARTNERSHIP, a Michigan limited Partnership; CENTENNIAL MORTGAGE, INC., a Missouri corporation; ALPHONSO R. JACKSON, ACTING SECRETARY OF HOUSING AND URBAN DEVELOPMENT, a federal agency; ENGINEERED HEATING & COOLING, INC., a Michigan corporation; BOND CONSTRUCTION COMPANY, a Michigan corporation; and PYLMAN POWER, INC., an assumed name of Fryling Electric, Inc., a Michigan corporation; BRINKS MULTI-FAMILY DRYWALL, INC., a Michigan corporation; K AND L CONSTRUCTION, LLC, a Michigan limited liability company; WHIRLPOOL CORPORATION, a Delaware corporation; PRECISE PLUMBING & EXCAVATING, INC., a Michigan corporation; PRIES SUPPLY COMPANY, INC., a Michigan corporation; FREDERICKS COMPANY, INC., a Michigan corporation; ARMSTRONG WOOD PRODUCTS, INC., a Texas corporation d/b/a ARMSTRONG CABINET PRODUCTS; STANDALE LUMBER & HOME CENTER INTERIORS, a Michigan corporation; SOLIS AND STRUCTURES, INC., a Michigan corporation; JARED TOLDO, an individual; M.J. BENZER COMPANY, a Michigan corporation; and QTC COMPANY, a Michigan corporation; RICHARD F. GEORGE, an individual; CAREY J. BOOTE, an individual,

    Defendants/Cross-Plaintiffs,
and

STOCK BUILDING SUPPLY, LLC, a Delaware limited liability company, and PRECISE PLUMBING & EXCAVATING, INC., a Michigan corporation, and BRINKS

Case No. 1:04-cv-850
Hon. Gordon J. Quist

**COUNTERCLAIM AND THIRD PARTY COMPLAINT**

1

MULTI-FAMILY DRYWALL, LLC, a
Michigan limited liability company,
ARMSTRONG WOOD PRODUCTS, INC.,
a Texas corporation d/b/a ARMSTRONG
CABINET PRODUCTS,

      Defendants/Cross/Counter/Third-
      Party Plaintiffs,

vs.

JEDCO DELCON CORPORATION, CNA
SURETY CORPORATION, an Illinois
corporation, and NATIONAL FIRE
INSURANCE COMPANY OF HARTFORD,
a Connecticut corporation,

      Third-Party Defendants,
and

WHIRLPOOL CORPORATION,

      Defendant/Cross/Counter/Third
      Party Plaintiff,

vs

NATIONAL FIRE INSURANCE CMPANY
OF HARTFORD,

      Third Party Defendant,
and

CHERRY VALLEY CONCRETE, INC., a
Michigan corporation,

      Counter/Third-Party Plaintiff,
vs.

CNA SURETY CORPORATION, an Illinois
corporation, and NATIONAL FIRE
INSURANCE COMPANY OF HARTFORD,
a Connecticut corporation,

      Third-Party Defendants.
_____/

| | |
|---|---|
| Aileen M. Leipprandt (P44651) | John D. LaDue (P44100) |
| Robert W. Parker (P31571) | Boveri, Murphy, Rice, Ryan & LaDue |
| Smith Haughey Rice & Roegge | Attorneys for Defendant Centennial |
| Attorneys for Plaintiff | Mortgage, Inc. |
| 200 Calder Plaza Building | 210 S. Michigan Street, Suite 400 |
| 250 Monroe Ave., NW | South Bend, IN 46601 |
| Grand Rapids, MI 49503 | 219-232-0300 |

616-774-8000

| | |
|---|---|
| Michael C. Walton (P26121)<br>Rhoades McKee<br>Attorneys for Defendant Grand Haven Hideaway Limited Partnership, QTC Company and Carey J. Boote<br>600 Waters Building<br>161 Ottawa Ave., NW<br>Grand Rapids, MI  49503<br>616-235-3500 | Scott R. Sewick (P54392)<br>Parmenter O'Toole<br>Attorneys for Defendant Engineered Heating & Cooling, Inc.<br>175 West Apple Avenue<br>P.O. Box 786<br>Muskegon, MI  49443-0786<br>231-722-1621 |
| Scott H. Hogan (P41921)<br>Tolley VandenBosch Korolewicz & Brengle, PLC<br>Attorneys for Pylman Power, Inc. and Cherry Valley Concrete, Inc.<br>1700 East Beltline, NE, Suite 200<br>Grand Rapids, MI  49525<br>616-447-1800 | William C. Reens (P28225)<br>Pawlowski, Flakne & Reens PLC<br>Attorneys for Bond Construction Co.<br>300 Ottawa Ave., NW, Suite 650<br>Grand Rapids, MI  49503<br>616-458-7795 |
| May, Simpson & Strote<br>Ronald P. Strote (P23333)<br>Attorneys for Stock Building Supply<br>100 West Long Lake Road, Suite 200<br>P.O. Box 1134<br>Bloomfield Hills, MI  48303-1134<br>248-646-9500 | George E. Pawlowski (P18728)<br>Murray Pawlowski & Flakne, PLC<br>Attorneys for Defendant Standale Lumber & Home Centers Interiors<br>300 Ottawa, NW, Suite 650<br>Grand Rapids, MI  49503<br>616-458-7795 |
| Randall Allen White (P22261)<br>Attorney for Soils and Structures, Inc.<br>Scholten Fant, P.C.<br>100 North Third St.<br>P.O. Box 454<br>Grand Haven, MI  49417-0454<br>616-842-3030 | Brianna T. Scott (P62170)<br>Williams, Hughes & Stapleton, P.C.<br>Attorneys for Brinks Multi-Family Drywall, LLC<br>120 W. Apple Avenue<br>Muskegon, MI  49443-0599<br>231-726-4857 |
| John R. Trentacosta (P31856)<br>Jason D. Menges (P64228)<br>Foley & Lardner LLP<br>Attorneys for Whirlpool Corporation<br>150 W. Jefferson Ave., Suite 1000<br>Detroit, MI  48226-4443<br>313-963-6200 | MARGARET M. CHIARA<br>United States Attorney<br>by:  Jennifer L. McManus, Assistant United States Attorney, Western District of Michigan<br>330 Ionia Ave., NW, P.O. Box 208<br>Grand Rapids, MI  49501-0208<br>616-456-2404 |
| Curtis D. Rypma (P44421)<br>Schenk, Boncher & Rypma<br>Attorneys for Precise Plumbing & Excavating<br>601 Three Mile Road, NW<br>Grand Rapids, MI  49544-1601 | Thomas H. Thornhill (P24144)<br>Attorney for Defendant/Cross-Plaintiff Richard F. George<br>300 Terrace St., P.O. Box 389<br>Muskegon, MI  49443-0389<br>231-725-8148 |

616-647-8277

Robert C. Timmons  
Robert C. Timmons, P.C.  
Attorneys for Pries Supply Company, Inc.  
418 College Ave., NE  
Grand Rapids, MI  49503  
616-235-0180

Kotz, Sangster, Wysocki and Berg, P.C.  
by:     John T. Below (P48677)  
          Edward R. Boucher (P57251)  
Attorneys for Defendant Armstrong Wood Products, Inc.  
400 Renaissance Center, Ste 2555  
Detroit, Michigan  48243-1675  
(313) 259-8300

_____

Cherry Valley Concrete, Inc., by its attorneys, Tolley VandenBosch Korolewicz & Brengle, PLC, for its Counterclaim and Third Party Complaint, states as follows:

1. Cherry Valley Concrete, Inc. ("Cherry Valley") is a Michigan corporation with offices located at 5151 South Division, Grand Rapids, Michigan  49548.

2. Counterclaim Defendant, C.D. Barnes Associates, Inc. ("C.D. Barnes") is, upon information and belief, a Michigan corporation that does business in the State of Michigan.

3. Third Party Defendant, CNA Surety Corporation ("CNA"), is an Illinois corporation that does business in the State of Michigan.

4. Third Party Defendant, National Fire Insurance Company of Hartford ("National") is a Connecticut corporation that does business in the State of Michigan.

5. C.D. Barnes is the general contractor for a project known as the Hideaway at Lakeshore Apartments in Ottawa County, Michigan.

6. Cherry Valley performs concrete work.

7. In January of 2003, C.D. Barnes contracted with Cherry Valley for Cherry Valley to perform concrete work at the project.  The total amount of the contract, with extras and changes, is Seven Hundred Forty-Four Thousand One Hundred Thirty-Two and 35/100 Dollars ($744,132.35).  C.D. Barnes agreed to pay Cherry Valley that amount for that work.

8. Cherry Valley performed its work on the project and otherwise performed all its obligations to C.D. Barnes under the contract.

4

9. C.D. Barnes paid Cherry Valley the sum of Five Hundred Ninety-Four Thousand Six Hundred Fifty Dollars and Sixty-Nine Cents ($594,650.69) for the work performed by Cherry Valley on the project. C.D. Barnes owes to Cherry Valley the sum of One Hundred Forty-Nine Thousand Four Hundred Eighty-One Dollars and Sixty-Six Cents ($149,481.66) under the contract.

10. C.D. Barnes has wrongfully and without justification failed to pay that sum to Cherry Valley.

11. C.D. Barnes has breached its contract with Cherry Valley because C.D. Barnes has not paid Cherry Valley in full for the work performed by Cherry Valley. As a result of the breach of contract by C.D. Barnes, Cherry Valley has suffered damages in the amount of One Hundred Forty-Nine Thousand Four Hundred Eighty-One Dollars and Sixty-Six Cents ($149,481.66), plus interest, costs and attorney fees.

WHEREFORE, Cherry Valley requests judgment against C.D. Barnes in the amount of One Hundred Forty-Nine Thousand Four Hundred Eighty-One Dollars and Sixty-Six Cents ($149,481.66) plus interest, costs and attorney fees, and Cherry Valley requests that such other and further relief as may be just and proper.

## THIRD PARTY COMPLAINT

Cherry Valley realleges and incorporates by reference the allegations in the foregoing Counterclaim.

1. On or about October 22, 2002, C.D. Barnes and National entered into a Payment Bond (Reference No. 929251359) for Project No. 047-35206, Grand Haven Hideaway Apartments (Exhibit 1).

2. According to the Payment Bond, C.D. Barnes and National jointly and severally agreed that every claimant, who had "not been paid in full before the expiration of a period of ninety (90) days after the date on which the last of such claimant's work or labor was done or performed, or materials were furnished by such claimant, may sue on this bond

5

for the use of such claimant, prosecute the suit to final judgment for such sum or sums as may be justly due claimant, and have execution thereon."

      3.     In April of 2004, Cherry Valley discontinued work on the project because it had not been paid properly.

      4.     As of the date Cherry Valley ceased working on the project, C.D. Barnes owed Cherry Valley the sum of One Hundred Forty-Nine Thousand Four Hundred Eighty-One Dollars and Sixty-Six Cents ($149,481.66) for work that had been completed.

      5.     Cherry Valley has demanded payment from C.D. Barnes and from National/CNA, who have failed to pay the outstanding contract balance owed to Cherry Valley.

      6.     C.D. Barnes' failure and refusal to pay all sums due under the contract is a material breach of the contract. National/CNA has also breached the Payment Bond because it has refused Cherry Valley's demand for payment.

      7.     National/CNA assured and promised that Cherry Valley's claim would be paid if C.D. Barnes failed to pay Cherry Valley. National/CNA has breached that promise.

      8.     National/CNA has not satisfied Cherry Valley's valid claim for payment under the Payment Bond.

WHEREFORE, Cherry Valley requests this Court enter judgment in its favor against CNA and National, jointly and severally, in the amount of One Hundred Forty-Nine Thousand Four Hundred Eighty-One Dollars and Sixty-Six Cents ($149,481.66), plus interest, costs and attorney fees, and Cherry Valley requests such other and further relief as may be just and proper.

                                            TOLLEY, VANDEN BOSCH,
                                            KOROLEWICZ & BRENGLE, PLC
                                            Attorneys for Cherry Valley Concrete, Inc.

Dated: March 23, 2005

                                            By:   *Scott H. Hogan /s/*

                                                    Scott H. Hogan (P41921)  
                                  BUSINESS ADDRESS:  
                                1700 E. Beltline, NE, Suite 200  
                                   Grand Rapids, MI 49525  
                                   Telephone: 616-447-1800

C:\docs\CHERRY VALLEY CONCRETE INC 1226\GRAND HAVEN HIDEAWAY\PLEADINGS\Counterclaim-Third Pty Comp.doc