UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

C. D. BARNES ASSOCIATES, INC.,
a Michigan Corporation,

                           Plaintiff/Counter-Defendant,

v

GRAND HAVEN HIDEAWAY LIMITED PARTNERSHIP,
a Delaware Limited Partnership; et al,

                  Defendants/Cross-Defendants,

CASE NO.  1:04-CV-00850

HONORABLE ROBERT J. JONKER

## **JOINT STATUS REPORT**

A Rule 16 Scheduling Conference is scheduled for the 20th day of January, 2009, before

Honorable Robert J. Jonker.  Appearing for the parties as counsel will be:

**Plaintiff:**

| | |
|---|---|
| Aileen M. Leipprandt<br>Steven K. Stawski | CD Barnes Associates, Inc. ("CDBA") |

**Defendants:**

| | |
|---|---|
| John D. LaDue | Centennial Mortgage, Inc. |
| William C. Reens | Bond Construction Company |
| Scott Hogan | Pylman Power, Inc. & Cherry Valley Concrete |
| W. Brad Groom | Engineered Heating & Cooling, Inc.<br>and Fredericks Company, Inc. |
| Michael C. Walton and<br>Anthony A. Pearson | Grand Haven Hideaway Limited Partnership,<br>QTC Company, and Carey J. Boote |
| Marilynn K. Smyth | Stock Building Supply, LLC<br>(Will not be attending Scheduling Conference) |
| Robert C. Timmons | Supply Company, Inc. |
| Jason D. Menges and<br>Gregory M. Yatooma | Whirlpool Corporation<br>(May not be attending Scheduling Conference) |

SMITH HAUGHEY RICE & ROEGGE, A Professional Corporation

| | |
|---|---|
| Brianna Scott | Brinks Multi-Family Drywall, LLC |
| George E. Pawlowski | Standale Lumber and Home Center Interiors |
| Curtis Rypma | Precise Plumbing & Excavating, Inc. |
| Randall Allen White | Soils and Structures, Inc. (Will not be attending Scheduling Conference) |
| Jennifer L. McManus, AUSA | Alphonso R. Jackson of Department of Housing and Urban Development ("HUD") |
| Richard Charles Gould | Jared Toldo (Will not be attending Scheduling Conference) |
| David W. Charron Stacey A. George | M. J. Benzer Company (Will not be attending Scheduling Conference) |

**Third Party Defendants**

| | |
|---|---|
| Aileen M. Leipprandt | Jedco Del-Con Corporation |
| Aileen M. Leipprandt | CNA Surety Corp. and National Fire Insurance Co. of Hartford |

1.      Stay on subcontractor actions.     The parties agree that the stay on subcontractor actions shall remain in place until April 1, 2009 to facilitate settlement negotiations.

2.      Additional Discovery.

a.      HUD/CDBA require additional expert discovery regarding damage claims.

b.      CDBA/Surety/Subcontractors require additional discovery as to the basis of the subcontractor claims.

c.      Centennial may require additional discovery related to damages claims.

d.      Grand Haven Hideaway Limited Partnership, QTC and Carey Boote may require additional discovery regarding damages claims.

3.      Additional Motion Practice.

a.      Subcontractors may file summary judgment motions.

b.      Carey Boote may file summary judgment motion in response to claim by Precise Plumbing.

SMITH HAUGHEY RICE & ROEGGE, A Professional Corporation

4.  <u>Settlement Negotiations with Private Mediator</u>.  The parties will attempt to resolve their claims without participation of a third party; however, as the negotiations continue, the parties are open to the continued involvement of a private mediator.

5.  <u>Prepare the case for trial</u>.  The parties require until October 1, 2009 to complete discovery.

6.  <u>Length of Trial</u>.  The parties estimate that this matter can be tried in 10-14 days with some issues and parties bifurcated.  The parties suggest that bifurcation be determined at a final pre-trial status conference.

7.  <u>Trier of Fact</u>.  This matter will be tried by the court without a jury.

8.  <u>Bifurcation</u>.  It may be desirable to bifurcate subcontractor claims from the HUD/CDBA principal claims.  The parties suggest that bifurcation be determined at a final pre-trial status conference. It may be desirable to bifurcate the damages claims between CDBA, Grand Haven Hideaway Limited Partnership, QTC, and MJ Benzer Company from the subcontractor claims and from the principal claims of HUD/CDBA.

9.  <u>Final Pre-Trial Status Conference</u>.  The parties request a final pre-trial status conference to determine, among other matters, bifurcation of issues and parties.

Respectfully submitted by:

DATED: January 13, 2009                    CD BARNES ASSOCIATES, INC., JEDCO DEL-
                                           CON CORPORATION, CNA SURETY
                                           CORPORATION, and NATIONAL FIRE
                                           INSURANCE COMPANY OF HARTFORD

                                           <u>/s/ Aileen M. Leipprandt</u>
                                           By:   Aileen M. Leipprandt (P44651)
                                                 aleipprandt@shrr.com

Dated: January 13, 2009                    GRAND    HAVEN    HIDEAWAY    LIMITED
                                           PARTNERSHIP, QTC COMPANY AND CAREY J.
                                           BOOTE

                                           <u>/s/ Michael C. Walton</u>
                                           By:  Michael C. Walton (P26121)
                                                Anthony A. Pearson (56920)
                                                mcwalton@rhoadesmckee.com

SMITH HAUGHEY RICE & ROEGGE, A Professional Corporation

Dated: January 14, 2009                    BOND CONSTRUCTION COMPANY

                                           /s/ William C. Reens
                                           By:   William C. Reens (P28225)
                                                 breens@pfrlaw.com


Dated: January 13, 2009                    CENTENNIAL MORTGAGE, INC.

                                           /s/ John D. LaDue
                                           By:   John D. LaDue (P44100)
                                                 jladue@lck-law.com


Dated: January 13, 2009                    PYLMAN POWER, INC. &
                                           CHERRY VALLEY CONCRETE

                                           /s/ Scott Hogan
                                           By:   Scott Hogan (P41921)
                                                 shogan@fosterswift.com


Dated: January 14, 2009                    ENGINEERED  HEATING  &  COOLING,  INC.
                                           AND FREDERICKS COMPANY, INC.

                                           /s/ W. Brad Groom
                                           By:  W. Brad Groom (P31556)
                                                 wbg@parmenterlaw.com


Dated: January 13, 2009                    STOCK BUILDING SUPPLY, LLC

                                           /s/ Marilynn K. Smyth
                                           By:  Ronald P. Strote (P23333)
                                                 Marilynn K. Smyth (P45219)
                                                 msmyth@maysimpsonstrote.com


Dated: January 14, 2009                    WHIRLPOOL CORPORATION

                                           /s/ Gregory M. Yatooma
                                           By:  Jason D. Menges (P64228)
                                                 Gregory M. Yatooma (P68818)
                                                 jmenges@foleylaw.com
                                                 gyatooma@foley.com

SMITH HAUGHEY RICE & ROEGGE, A Professional Corporation

Dated: January 14, 2009          STANDALE LUMBER AND HOME CENTER INTERIORS

/s/ George E. Pawlowski
By:  George E. Pawlowski (P18728)
    mpfgrlaw@aol.com

Dated: January 13, 2009          PRIES SUPPLY COMPANY, INC.

/s/ Robert C. Timmons
By:  Robert C. Timmons (P25110)
    rtimmons@boblaw.com

Dated: January 14, 2009          BRINKS MULTI-FAMILY DRYWALL, LLC

/s/ Brianna Scott
By:  Brianna Scott (P62170)
    brianna@drakescott.com

Dated: January 13, 2009          PRECISE PLUMBING & EXCAVATING, INC.

/s/ Curtis Rypma
By:  Curtis Rypma (P44421)
    crypma@schenkboncher.com

Dated: January 13, 2009          SOILS AND STRUCTURES, INC.

/s/ Randall Allen White
By:  Randall Allen White (P22261)
    rwhite@scholtenfant.com

Dated: January 13, 2009          ALPHONSO R. JACKSON

/s/ Jennifer L. McManus
By:  Donald A. Davis, United States Attorney
    Jennifer L. McManus, AUSA
    jennifer.mcmanus@usdoj.gov

Dated: January 14, 2009          JARED TOLDO

/s/ Richard Charles Gould
By:  Richard Charles Gould (P31269)
    rcgould@comcast.net

SMITH HAUGHEY RICE & ROEGGE, A Professional Corporation

Dated: January 13, 2009                    M.J. BENZER COMPANY

                                           /s/ Stacey A. George
                                           By:  David W. Charron (P39455)
                                                Stacey A. George (P66955)
                                                sgeorge@charronhanisch.com

SMITH HAUGHEY RICE & ROEGGE, A Professional Corporation