UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

C.D. BARNES ASSOCIATES, INC.,

    Plaintiff,

v.

GRAND HAVEN HIDEAWAY LIMITED
PARTNERSHIP, QTC COMPANY,
and CAREY BOOTE, et al.,

    Defendants.
_____/

CASE NO. 1:04-CV-850

HON. ROBERT J. JONKER

## JUDGMENT

This action was resolved by the specific parties named in the caption by stipulation dated January 15, 2010 (docket # 567).  Based on the stipulation and the documents referenced in it:

**IT IS ORDERED** that the Plaintiff, C.D. Barnes Associates, Inc., shall recover from the Defendant Grand Haven Hideaway Limited Partnership, a Delaware Limited Partnership, the amount of One Hundred Thousand Dollars and No/Cents ($100,000.00), inclusive of all costs and interest as of the date of entry of this Judgment.

**IT IS FURTHER ORDERED** that the Plaintiff recover nothing, the action be **DISMISSED** with prejudice and without costs as against Defendants QTC Company and Carey Boote, consistent with the Court's September 30, 2008 Order.

This Judgment resolves all remaining claims against all remaining parties in the case. Accordingly, this is the Final Judgment closing the case.

Dated:    January 26, 2010        /s/ Robert J. Jonker
                                                           ROBERT J. JONKER
                                                           UNITED STATES DISTRICT JUDGE